UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEAN AIR CAROLINA, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br><br>      Defendants. | 1:17-cv-5779<br>ECF Case |

**PROOF OF SERVICE OF PROCESS**

I, Kathleen Telfer, declare as follows:

    1.    I am employed as a litigation assistant at the Natural Resources Defense Council in New York, NY.

    2.    On August 2, 2017, and as described below, I served on Defendants and counsel for the Defendants true and correct copies of the following documents in the above-captioned case: (1) the Complaint; (2) the relevant summons for each Defendant; (3) the Court's Individual Rules; and (4) the Court's Electronic Case Filing Rules and Instructions.

    3.    I served defendant U.S. Department of Transportation by sending one copy of the documents identified in ¶ 2 by certified mail to: U.S. Department of Transportation, 1200 New Jersey Ave, SE, Washington, D.C. 20590. The U.S. mail website indicates that the package was delivered to the U.S. Department of Transportation on August 9, 2017. True and correct copies of the summons for the U.S. Department of Transportation, the U.S. certified mail receipt, and a screenshot of the U.S. mail online delivery confirmation are attached as Exhibit A.

4.     I served defendant Elaine L. Chao, in her official capacity as Secretary of Transportation, by sending one copy of the documents identified in ¶ 2 by certified mail to: Elaine L. Chao, Secretary of Transportation, 1200 New Jersey Ave, SE, Washington, D.C. 20590. The U.S. mail website indicates that the package was delivered to Secretary Chao on August 7, 2017. True and correct copies of the summons for Secretary Chao, the U.S. certified mail receipt, and a screenshot of the U.S. mail online delivery confirmation are attached as Exhibit B.

5.     I served defendant Federal Highway Administration by sending one copy of the documents identified in ¶ 2 by certified mail to: Federal Highway Administration, 1200 New Jersey Ave, SE, Washington, D.C. 20590. The U.S. mail website indicates that the package was delivered to the Federal Highway Administration on August 7, 2017. True and correct copies of the summons for the Federal Highway Administration, the U.S. certified mail receipt, and a screenshot of the U.S. mail online delivery confirmation are attached as Exhibit C.

6.     I served defendant Brandye Hendrickson, in her official capacity as Deputy Administrator of the Federal Highway Administration, by sending one copy of the documents identified in ¶ 2 by certified mail to: Brandye Hendrickson, Deputy Administrator, Federal Highway Administration, 1200 New Jersey Ave, SE, Washington, D.C. 20590. The U.S. mail website indicates that the package was delivered to Deputy Administrator Hendrickson on August 7, 2017. True and correct copies of the summons for Deputy Administrator Hendrickson, the U.S. certified mail receipt, and a screenshot of the U.S. mail online delivery confirmation are attached as Exhibit D.

7.      I served the Attorney General of the United States by sending one copy of the documents identified in ¶ 2, including copies of the summonses for all Defendants, by certified mail to: Jeff Sessions, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530. The U.S. mail website indicates that the package was delivered to the Attorney General on August 7, 2017. True and correct copies of the U.S. certified mail receipt and a screenshot of the U.S. mail online delivery confirmation are attached as Exhibit E.

8.      I served the U.S. Attorney's Office for the Southern District of New York by sending one copy of the documents identified in ¶ 2, including copies of the summonses for all Defendants, by certified mail to: U.S. Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007. The U.S. mail website indicates that the package was delivered to the U.S. Attorney's Office on August 4, 2017. True and correct copies of the U.S. certified mail receipt, and a screenshot of the U.S. mail online delivery confirmation are attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 1, 2017

Kathleen Telfer
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
212-727-4406
ktelfer@nrdc.org